# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| Llennoc Real Estate, LLC, | 06C-21157 |
| Debtor. | [Chapter 11] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was not cashed and was returned to the trustee as undeliverable, and the trustee voided the check.

**CREDITOR & ADDRESS (last known)**           **CHECK AMOUNT**

Pleasure Mountain Security, LLC                $17.02
c/o James Garden
265 Elm Street
Tooele, UT  84074

The address listed above constitutes the last known address in question. The check in the amount of $17.02 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 20th day of June, 2009.

_____
Duane H. Gillman, Trustee

SLC_407801.1