FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 DEC 18 PM 1:44

DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| Llennoc Real Estate, LLC, | 06-21157 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following checks were issued to the creditors listed below in the amounts listed. The checks were not cashed or returned and the trustee placed stop payments on the checks.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Kristen Connell<br>47 East 400 South<br>Tooele, UT 84074 | $6.74 |
| Tracks<br>1641 North Main<br>Tooele, UT 84074 | $2.31 |
| Truly Nolen of America, Inc.<br>4224 Riverdale Road<br>Ogden, UT 84405-3512 | $1.87 |

The address listed above constitutes the last known address in question. The check in the amount of $10.92 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 18 day of December, 2009.

_____
Duane H. Gillman, Trustee

SLC_516152.1